```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 04 B 29891
  CRUZ IZAGUIRRE
  ANA IZAGUIRRE                                   CHAPTER 13

                                                  JUDGE: A. BENJAMIN GOLDGAR

           Debtor
  SSN XXX-XX-1992     SSN XXX-XX-1030


-----------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 08/11/04 and confirmed on 10/29/04.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  29659.00 .

     4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
-----------------------------------------------------------------------------
OCWEN LOAN SVCG            CURRENT MORTG         .00            .00             .00
CITIZENS BANK              SECURED VEHIC    2400.90         147.00         2400.90
BECKET & LEE LLP           UNSECURED         604.49          28.00          604.49
CAPITAL ONE FINANCIAL      UNSECURED        NOT FILED         .00             .00
CITIBANK NA                UNSECURED        NOT FILED         .00             .00
CORPORATE RECEIVABLES      UNSECURED        NOT FILED         .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED        4398.00         200.99         4398.00
THEODORE CONSTANTINE MD    UNSECURED        NOT FILED         .00             .00
JEFFERSON CAPITAL SYSTEM   FILED LATE            .00           .00             .00
FLEET CREDIT CARD SERVIC   UNSECURED        NOT FILED         .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED        6610.34         302.11         6610.34
LUTHERAN GENERAL HOSPITA   UNSECURED        NOT FILED         .00             .00
NCM TRUST                  UNSECURED         764.75          35.06          764.75
ECAST SETTLEMENT CORPORA   UNSECURED        4842.80         221.29         4842.80
CITIFINANCIAL              UNSECURED        1721.29          78.74         1721.29
ECAST SETTLEMENT CORPORA   UNSECURED        1327.15          60.64         1327.15
KOHLS                      UNSECURED         800.44          36.64          800.44
ROUNDUP FUNDING LLC        UNSECURED         627.86          24.81          627.86
         Summary of disbursements:

                   SECURED     PRIORITY     UNSECURED      OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED 2400.90         .00      21697.12         .00       24098.02
PRINCIPAL PAID     2400.90         .00      21697.12         .00       24098.02
INTEREST PAID       147.00         .00        988.28         .00        1135.28
TOTAL PAID         2547.90         .00      22685.40         .00       25233.30
The Debtor's attorney, KENNETH S BORCIA & ASSOC        , was allowed $   2700.00
and was paid $    189.00  direct and $   2511.00  through the plan.

The Trustee received $   1290.11 .
```

Refunds to the Debtor totaled $    624.59 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/09/09                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE